BEFORE THE FIRST DIVISION, APRIL 9, 1964

No. 68426.—Devon Tape Corp. v. United States, protests 61/14017, etc. (New York).

311

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plain transparent vinyl tape, coated on one side with an adhesive, similar in all material respects to that the subject of Abstract 67888, the claim of the plaintiff was sustained.